# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION AND NOVARTIS AG., <br><br> Plaintiffs, <br><br> v. <br><br> BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Defendant. | C. A.Nos. 1:16-cv-431-RGA and 1:17-cv-420-RGA |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG ("Novartis") and Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") hereby stipulate and agree that Novartis's action against Breckenridge, including all claims and defenses asserted by Novartis against Breckenridge and all claims, defenses and counterclaims asserted by Breckenridge against Novartis, are hereby dismissed without prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

ME1 27833373v.1

**SO STIPULATED:**

August 7, 2018

| | |
|---|---|
| McCARTER & ENGLISH, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Daniel M. Silver | /s/ Kelly E. Farnan |
| Daniel M. Silver (#4758) | Kelly E. Farnan (#4395) |
| Benjamin A. Smyth (#5528) | Richards, Layton & Finger, P.A. |
| Renaissance Centre | One Rodney Square |
| 405 N. King Street, 8th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| *dsilver@mccarter.com* | *farnan@rlf.com* |
| *bsmyth@mccarter.com* | |
| | Of Counsel: |
| Of Counsel: | |
| | Bruce D. DeRenzi |
| Nicholas N. Kallas | Robert F. Vroom |
| Christopher E. Loh | Breckenridge Pharmaceutical, Inc. |
| Christina Schwarz | 60 East 42nd Street |
| Susanne L. Flanders | Suite 2410 |
| Jared Stringham | New York, NY 10165 |
| Shannon K. Clark | (646) 448-1308 |
| Laura K. Fishwick | |
| FITZPATRICK, CELLA, HARPER & SCINTO | B. Jefferson Boggs, Jr. |
| 1290 Avenue of the Americas | MERCHANT &GOULD PC |
| New York, NY 10104-3800 | 1900 Duke Street, Suite 600 |
| (212) 218-2100 | Alexandria, Virginia 22314 |
| | (703) 684-2500 |
| *Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG* | Christopher J. Sorenson |
| | MERCHANT &GOULD PC |
| | 3200 IDS Center |
| | 80 S. Eighth Street |
| | Minneapolis, Minnesota 55402 |
| | (612) 332-5300 |
| | |
| | Daniel R. Evans |
| | MERCHANT &GOULD PC |
| | 191 Peachtree Street, NE |
| | Suite 3800 |
| | Atlanta, GA 30303 |
| | (404) 954-5100 |
| | |
| | *Attorneys for Defendant Breckenridge Pharmaceutical, Inc.* |

ME1 27833373v.1

**SO ORDERED:**

This 7 day of August, 2018

_____
Richard G. Andrews, U.S.D.J.